UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER ALCALA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MONSANTO COMPANY and DOES 1-20,<br><br>　　　　Defendants | CASE NO. C 08-04828 PJH<br><br>[~~PROPOSED~~] ORDER GRANTING MONSANTO COMPANY'S REQUEST THAT ITS CORPORATE REPRESENTATIVE BE EXCUSED FROM PERSONAL ATTENDANCE AT ENE SESSION |

Pursuant to ADR Local Rule 5-10(d), and good cause appearing, the request of defendant Monsanto Company to have its corporate representative excused from personal attendance at the Early Neutral Evaluation session is hereby GRANTED. Monsanto's representative must be available by telephone throughout the session as required by ADR Local Rule 5-10(f).

DATED: 4/6/09

_____
Wayne D. Brazil
U.S. Magistrate Judge

1

DOC. # LA-180702 V.1

ORDER GRANTING MONSANTO COMPANY'S REQUEST THAT ITS CORPORATE REPRESENTATIVE BE EXCUSED FROM PERSONAL ATTENDANCE AT ENE SESSION