UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAVIER ALCALA,

    Plaintiff,

    v.

MONSANTO COMPANY,

    Defendant.
_____/

No. C 08-4828 PJH

**JUDGMENT**

This action came on for hearing before the court and the issues having been duly heard and the court having granted defendant's motion for summary judgment

    it is Ordered and Adjudged

    that the complaint is dismissed with prejudice.

    IT IS SO ORDERED.

Dated: April 26, 2010

                                               _____
                                               PHYLLIS J. HAMILTON
                                               United States District Judge