UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAVIER ALCALA,

    Plaintiff(s),

    v.

MONSANTO COMPANY,

    Defendant(s).

_____/

No. C 08-4828  PJH

**ORDER REFERRING PLAINTIFF TO FEDERAL PRO BONO PROJECT AND STAYING PROCEEDINGS PENDING APPOINTMENT OF COUNSEL**

    The plaintiff having requested and being in need of counsel to assist him in this matter and good and just cause appearing,

    IT IS HEREBY ORDERED that plaintiff shall be referred to the Federal Pro Bono Project in the manner set forth below:

    1)    The clerk of this court shall forward a copy of this order to the appropriate Project office, San Francisco or San Jose, determined by whether the referring judge is located in the San Francisco/Oakland or San Jose division.  The scope of this referral shall be for:

    [ x ]    all purposes for the duration of the case

    [ ]    the limited purpose of representing the litigant in the course of

        [ ]    mediation

        [ ]    early neutral evaluation

        [ ]    settlement conference

        [ ]    briefing and hearing on the following motion:

        [ ]    discovery as follows:

        [ ]    other:

    2)    Upon being notified by the Federal Pro Bono Project that an attorney has been located to represent the plaintiff, that attorney will be appointed as counsel for plaintiff

in this matter for the scope of representation described above.  If the appointment of counsel is for limited purposes, the court will issue an order relieving the volunteer attorney from the limited representation of the litigant once those purposes have been fulfilled.

      3) All proceedings in this action are hereby stayed until four weeks from the date an attorney is appointed to represent plaintiff in this action or from the date that the Project advises the court that no volunteer attorney could be found.

      4) The instruction sheet for litigant is attached as Exhibit A.

      5) The contact information for litigant is as follows:

> Javier Alcala
> 3426 Rolison Road
> Redwood City, CA 94063
> (650) 364-5778

IT IS SO ORDERED.

Dated: March 15, 2013

                              PHYLLIS J. HAMILTON
                              United States District Judge

Federal Pro Bono Project
*of the*
United States District Court
Northern District of California
*with*
The Bar Association of San Francisco
Volunteer Legal Services Program
*and*
Pro Bono Project Silicon Valley

INSTRUCTION SHEET FOR LITIGANT

| | |
|---|---|
| To (Name of Litigant): | Javier Alcala |
| From (Referring Judge): | Phyllis J. Hamilton |
| Case Name, Number: | Alcala v. Monsanto Company, C 08-4828 PJH |
| Date: | March 15, 2013 |
| RE: | Referral to the Federal Pro Bono Project |

You are being referred to:

  [x] The Federal Pro Bono Project of the Bar Association of San Francisco Volunteer Legal Services Program

  [ ] Pro Bono Project Silicon Valley

This organization will attempt to locate a volunteer attorney willing to be appointed to represent you in the federal case listed above. **There is no guarantee that the Project will be able to locate an attorney to represent you.** To remain eligible for this Project, it is important that you follow all of the instructions below:

1. During the time the Project is attempting to find an attorney for your case, you must notify the Project staff immediately if you change your address or telephone number. Contact the Project to which you have been referred:

| | |
|---|---|
| Supervising Attorney<br>Federal Pro Bono Project<br>Volunteer Legal Services Program of BASF<br>450 Golden Gate Avenue, 15th Floor,<br>San Francisco, CA 94102<br>415-782-9000 ext. 8657 | Supervising Attorney, Federal Legal Assistance Self-Help Center<br>Pro Bono Project Silicon Valley<br>280 S. First Street, Room 4093<br>San Jose, CA 95113<br>408-297-1480 |

2. During this time, one or more attorneys may want to speak with you in person or over the telephone to help them decide whether to represent you. This may require that you speak or meet with the attorney or attorneys. The attorney or attorneys may also want to speak with potential witnesses.

3. You will be contacted by the Project staff if a volunteer attorney agrees to represent you. This process may take as long as several months. If you are referred to a volunteer attorney, you will be expected to cooperate fully with that attorney.

4. If you are referred to a volunteer attorney, do not miss any appointments with the attorney, except in an emergency. If you miss an appointment or fail to cooperate with the attorney, you may no longer be entitled to receive legal services through the Project.

**EXHIBIT A**