1    UNITED STATES DISTRICT COURT

2    NORTHERN DISTRICT OF CALIFORNIA

3

4    JAVIER ALCALA,

5            Plaintiff(s),                    No. C 08-4828 PJH

6        v.                                   **ORDER WITHDRAWING REFERRAL TO FEDERAL PRO BONO PROJECT; LIFTING STAY; AND SETTING A CASE MANAGEMENT CONFERENCE**

7

8    MONSANTO COMPANY,

9            Defendant(s).
     _____/

10

11       This court entered an order on March 15, 2013, referring plaintiff to the Federal Pro

12   Bono Project for legal assistance in connection with the above-captioned matter.  The court

13   has been advised that the Pro Bono Project has attempted to procure the assistance of

14   counsel for plaintiff and that, to date, all attorneys queried have declined to assist plaintiff in

15   the case.  As the Pro Bono Project has been unable to obtain counsel for plaintiff, even with

16   an extension of normal time frame to do so,

17       IT IS HEREBY ORDERED that plaintiff is required to proceed pro se unless he is

18   able to retain his own counsel.  Accordingly, the stay in the proceedings is lifted as of the

19   date of this order.

20       A Case Management Conference shall be held on August 8, 2013, at 2:00 p.m.

21   Plaintiff must appear in person.  Each party must file a case management statement no

22   later than August 1, 2013.  The parties may file a joint statement, but are permitted to

23   proceed separately as well.

24       IT IS SO ORDERED.

25   Dated:  July 18, 2013

26   _____
     PHYLLIS J. HAMILTON
     United States District Judge

27

28