UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAVIER ALCALA,

    Plaintiff(s),

v.

MONSANTO COMPANY,

    Defendant(s).

_____/

No. C 08-4828 PJH

**ORDER WITHDRAWING REFERRAL TO FEDERAL PRO BONO PROJECT; LIFTING STAY; AND SETTING A CASE MANAGEMENT CONFERENCE**

This court entered an order on March 15, 2013, referring plaintiff to the Federal Pro Bono Project for legal assistance in connection with the above-captioned matter.  The court has been advised that the Pro Bono Project has attempted to procure the assistance of counsel for plaintiff and that, to date, all attorneys queried have declined to assist plaintiff in the case.  As the Pro Bono Project has been unable to obtain counsel for plaintiff, even with an extension of normal time frame to do so,

IT IS HEREBY ORDERED that plaintiff is required to proceed pro se unless he is able to retain his own counsel.  Accordingly, the stay in the proceedings is lifted as of the date of this order.

A Case Management Conference shall be held on August 8, 2013, at 2:00 p.m. Plaintiff must appear in person.  Each party must file a case management statement no later than August 1, 2013.  The parties may file a joint statement, but are permitted to proceed separately as well.

IT IS SO ORDERED.

Dated: July 18, 2013

                                                  _____
                                                  PHYLLIS J. HAMILTON
                                                  United States District Judge