UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAVIER ALCALA,

    Plaintiff,

    v.

MONSANTO COMPANY,

    Defendant.

_____/

No. C 08-4828 PJH

**JUDGMENT**

This action came on for hearing before the court and the issues having been duly heard and the court having granted defendant's motion for summary judgment

    it is Ordered and Adjudged

    that judgment is entered in favor of defendant Monsanto Company and against plaintiff Javier Alcala, on the claims asserted against it.

**IT IS SO ORDERED.**

Dated: October 15, 2014

_____
PHYLLIS J. HAMILTON
United States District Judge